COMMONWEALTH of Pennsylvania,
Respondent

v.

Roger H. WILLIAMS, Petitioner

No. 325 EAL 2017

Supreme Court of Pennsylvania.

December 27, 2017

## ORDER

PER CURIAM

**AND NOW**, this 27th day of December, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania,
Respondent

v.

James Wallace SMITH, Petitioner

No. 284 WAL 2017

Supreme Court of Pennsylvania.

December 27, 2017

## ORDER

PER CURIAM

**AND NOW**, this 27th day of December, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania,
Respondent

v.

Ronnie BRADLEY, Petitioner

No. 368 EAL 2017

Supreme Court of Pennsylvania.

December 27, 2017

## ORDER

PER CURIAM

**AND NOW**, this 27th day of December, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania,
Respondent

v.

Alonzo GARWOOD, Petitioner

No. 353 EAL 2017

Supreme Court of Pennsylvania.

December 27, 2017

## ORDER

PER CURIAM

**AND NOW**, this 27th day of December, 2017, the Petition for Allowance of Appeal is **DENIED.**